# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAUL STIGGERS, III | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1895-S-BK |
| | § | |
| AMERICAN EXPRESS | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Compel Arbitration [ECF No. 12] is granted.

**SO ORDERED.**

SIGNED March 11, 2020.

**UNITED STATES DISTRICT JUDGE**